21 So.2d 274
**Clemmie LOVE v. CITY OF BIRMINGHAM.**
**6 Div. 315.**

Supreme Court of Alabama.
March 8, 1945.

Wm. Conway, of Birmingham, for petitioner.

Ralph E. Parker, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Clemmie Love for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Love v. City of Birmingham, 21 So.2d 274.

Writ denied on authority of Chaney v. City of Birmingham, ante, p. 501, 21 So. 2d 273, this day decided.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.